UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
GERMAN LEYBINSKY
A#73-569-508

                Petitioner,

      - against -

IMMIGRATION AND HOMELEN SEQURETY:
OR IMMIGRATION AND NATURALIZATION
SERVICES,

                Respondents.
------------------------------------X

**O R D E R**

08 Civ. 2083 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    Upon reading the petition of German Leybinsky, praying that a writ of habeas corpus be issued to respondent, and the Court having examined the petition, brought pursuant to 28 U.S.C. § 2241, and having determined that the respondent should file an answer, it is hereby

    ORDERED, that the Clerk of the Court serve, by certified mail, copies of this Order, the underlying Petition, Memorandum of Law and all exhibits submitted by petitioner on the United States Attorney for the Southern District of New York, and it is further

ORDERED, that respondent shall file an answer to the petition with the relevant administrative record on or before **April 17, 2008**.

SO ORDERED.

Dated:   New York, New York
         March 17, 2008

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE