

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

GERMAN LEYBINSKY
A# 73-569-408

                         Petitioner,

      - against -

IMMIGRATION AND HOMELAND
SECURITY: OR IMMIGRATION AND
NATURALIZATION SERVICES,

                         Respondents.
-------------------------------------------------------------x



STIPULATION AND ORDER
08 Civ. 2083 (NRB)

The parties hereby stipulate and agree that the above-captioned petition for a writ of habeas corpus is withdrawn with prejudice and without costs or attorney's fees to either party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: Staten Island, New York
       May 19, 2008

                                                                                           _/s/ German Leybinsky_
                                                                                          GERMAN LEYBINSKY, Pro se
                                                                                          403 Amhurst Ave.
                                                                                          Staten Island, NY 10306

Dated: New York, New York
      May 21, 2008

                                                                                          MICHAEL J. GARCIA
                                                                                          United States Attorney for the
                                                                                          Southern District of New York
                                                                                          Attorney for Respondents

                                                                                          By: _/s/ Sue Chen_
                                                                                          SUE CHEN
                                                                                          Special Assistant United States Attorney
                                                                                          86 Chambers Street, 3rd Floor
                                                                                          New York, New York 10007
                                                                                          Tel.: (212) 637-2790

SO ORDERED:

_/s/ Naomi Reice Buchwald_
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
5/23/08